## AFFIDAVIT FOR PROBABLE CAUSE FOR
## A COMPLAINT AND ARREST WARRANT

I, Brent Druery, being duly sworn, do hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with Homeland Security Investigations ("HSI"), assigned to the Resident Agent in Charge in Jackson, Mississippi. I have been so employed since November of 2002. I have received training and been assigned to conduct investigations of criminal violations of the United States Code as enumerated in Titles 8, 18, 19, 21, 22, 31 and various other federal statutes.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is being submitted in support of a criminal complaint against Ricardo SANTIZO-Gomez, and, as such, does not include all the information known to me as part of this investigation, but only information sufficient to establish probable cause for the issuance of a criminal complaint against Ricardo SANTIZO-Gomez for violating Title 8, United States Code, Sections 1326(a)(1) and (2), reentry of removed alien.

### PROBABLE CAUSE

3. On August 07, 2019, Immigration and Customs Enforcement (ICE) executed seven criminal and administrative search warrants at chicken processing company locations across the Southern District of Mississippi. During the execution of the search warrant at Peco Foods, 1039 West Fulton Street, Canton, Mississippi 39046, ICE officials encountered Ricardo SANTIZO-Gomez (Alien # 097626470), an illegal alien from Guatemala. Record checks for SANTIZO-Gomez revealed two prior encounters by U.S. immigration officials. On or about January 07, 2004, SANTIZO-Gomez was encountered by U.S. immigration officials and was issued a Notice

to Appear. SANTIZO-Gomez was granted a Voluntary Departure, but he failed to depart the United States and he became an ICE fugitive. On or about July 10, 2009, SANTIZO-Gomez was again encountered by U.S. immigration officials in Kentucky. Queries within ICE databases during this encounter revealed SANTIZO-Gomez was previously granted a Voluntary Departure but failed to depart as required. He was thereafter removed to Guatemala from Alexandria Bay, New York, on or about August 13, 2009. Queries within ICE databases revealed subject has not received consent from the Attorney General of the United States or Secretary of Homeland Security to apply for readmission, or to re-enter into the United States.

## CONCLUSION

5. Based on these underlying facts and circumstances, as set forth above, it is my belief that Ricardo SANTIZO-Gomez, is a citizen and national of Guatemala, illegally present in the United States, who has previously been deported or removed from the United States while an order of exclusion, deportation, or removal was outstanding, and thereafter was found in the United States, in violation of Title 8, United States Code, Sections 1326(a)(1) and (2).

Respectfully submitted,

_____
Brent Druery
Special Agent
Homeland Security Investigations

SWORN to before me on this __15th__ day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE